IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLIFFORT VARISTE, Reg. No. 01767-104, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:19-CV-131-WHA |
| ) | |
| WALTER WOODS, ) | |
| ) | |
| Respondent. ) | |

# **ORDER**

This 28 U.S.C. § 2241 petition for writ of habeas corpus is before the court on the August 30, 2019 Recommendation of the Magistrate Judge (Doc. #19). There being no timely objection to the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The instant 28 U.S.C. § 2241 petition for habeas corpus relief filed by Cliffort Variste is DENIED; and

3. This case is DISMISSED.

A separate Final Judgment will be entered.

DONE this 24th day of September, 2019.

    /s/ W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE